MICHAEL K. BRISBIN (SBN: 169495)
Email:  michael.brisbin@wilsonelser.com
CHARAN M. HIGBEE (SBN 148293)
Email:  charan.higbee@wilsonelser.com
WILSON, ELSER, MOSKOWITZ,
    EDELMAN & DICKER, LLP
525 Market Street, 17th Floor
San Francisco, California  94105-2725
Telephone:  (415) 433-0990
Facsimile:  (415) 434-1370

Attorneys for Plaintiff,
**AMERICAN GENERAL
LIFE INSURANCE COMPANY**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| AMERICAN GENERAL LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>TINA MILINOVICH, PAULA HASKELL MIRAGLIA and I.G. MIRAGLIA, a minor<br><br>Defendants. | Case No.:  3:15-cv-00823-JCS<br><br>**[~~PROPOSED~~] ORDER ON PLAINTIFF AMERICAN GENERAL LIFE INSURANCE COMPANY'S MOTION TO DEPOSIT LIFE INSURANCE MONEY IN INTERPLEADER; DEPOSIT FUNDS IN INTEREST-BEARING ACCOUNT** |
|---|---|

On February 25, 2015, plaintiff American General Life Insurance Company ("American General") filed a complaint in interpleader and also filed a Motion to deposit life insurance money in interpleader.  The sum to be deposited with this Court is **$500,000.00, plus accrued interest**.  This sum represents the life insurance benefit payable under American General life insurance Policy YM00717637 following the death of David J. Miraglia.  American General cannot determine to whom the life insurance benefit is payable due to conflicting claims and a potential community property interest of defendant Paula Haskell Miraglia.

///

///

///

///

1

[PROPOSED] ORDER ON AMERICAN GENERAL LIFE INSURANCE CO.'S MOTION TO DEPOSIT LIFE
   INSURANCE MONEY IN INTERPLEADER; DEPOSIT FUNDS IN INTEREST-BEARING ACCOUNT
1337450v.1

Good cause appearing, the Court hereby **ORDERS** as follows:

(1) American General is authorized to deposit the sum of **$500,000.00, plus accrued interest**, with the United States District Court, Northern District, no later than Tuesday, March 31, 2014.

(2) The Clerk of this Court shall deposit the sum of **$500,000.00, plus accrued interest,** into an interest-bearing account until such time as the Court makes its order directing disbursement and distribution of these funds.

Dated: 3/3/15

_____
Chief   UNITED STATES DISTRICT JUDGE
Magistrate

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Joseph C. Spero]

2

[PROPOSED] ORDER ON AMERICAN GENERAL LIFE INSURANCE CO.'S MOTION TO DEPOSIT LIFE INSURANCE MONEY IN INTERPLEADER; DEPOSIT FUNDS IN INTEREST-BEARING ACCOUNT
1337450v.1