IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN GENERAL LIFE INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>TINA MILINOVICH, PAULA HASKELL MIRAGLIA and I.G. MIRAGLIA, a minor,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　／ | No. C 15-0823 MMC<br><br>**ORDER DIRECTING DEFENDANT TO SUBMIT CHAMBERS COPY OF DOCUMENT IN COMPLIANCE WITH CIVIL LOCAL RULES AND THE COURT'S STANDING ORDERS** |

　　　　On April 2, 2015, defendant Tina Milinovich ("Milinovich") electronically filed a document titled "Answer to Interpleader Complaint, Counter-Claim, and Cross-Claim." Milinovich has violated the Civil Local Rules of this District and the Court's Standing Orders, however, by failing "to provide for chambers a paper copy of each document that is electronically filed . . . marked 'Chambers Copy'." See Civil L.R. 5-1(e)(7); see also Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

　　　　Milinovich is hereby ORDERED to comply with Civil Local Rule 5-1(e)(7) and the Court's Standing Orders by immediately submitting a chambers copy of the above-referenced document. Milinovich is hereby advised that if she fails in the future to comply with the Court's Standing Orders to provide a chambers copy of each electronically-filed document, the Court may impose sanctions, including, but not limited to, striking from the

1 record any electronically-filed document of which a chambers copy has not been timely
2 provided to the Court.
3    **IT IS SO ORDERED.**
4
5 Dated: April 9, 2015

　　　　　　　　　　　　　　　　_____
MAXINE M. CHESNEY
United States District Judge