IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN GENERAL LIFE INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>  v.<br><br>TINA MILINOVICH, PAULA HASKELL MIRAGLIA and I.G. MIRAGLIA, a minor,<br><br>        Defendants.<br>_____/ | No. C 15-0823 MMC<br><br>**ORDER APPOINTING GUARDIAN AD LITEM** |

    Because the Court has found cross-defendant I.G. Miraglia, a minor, is in need of a guardian ad litem to assist her in this matter and a volunteer guardian is willing to be appointed to undertake such responsibility at the request of the Federal Pro Bono Project, Michael Low, 3640 Mt. Diablo Blvd., Suite 202, Lafayette, CA 94549, is hereby appointed as guardian ad litem for I.G. Miraglia in this matter.

    The scope of this referral shall be for all purposes for the duration of the case.

    All proceedings in this action are hereby stayed until four weeks from the date of this order.

    **IT IS SO ORDERED.**

Dated: June 30, 2015

_____
MAXINE M. CHESNEY
United States District Judge