United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AMERICAN GENERAL LIFE INSURANCE COMPANY,

    Plaintiff,

  v.

TINA MILINOVICH, PAULA HASKELL MIRAGLIA and I.G. MIRAGLIA, a minor,

    Defendants.
_____/

No. C 15-0823 MMC

**ORDER APPOINTING COUNSEL**

On today's date, the Court appointed a guardian ad litem for cross-defendant I.G. Miraglia, a minor. Said guardian is in need of counsel in this matter and a volunteer attorney is willing to be appointed to undertake such representation at the request of the Federal Pro Bono Project. Accordingly, Ciaran O'Sullivan, 1 Post Street, Suite 800, San Francisco, CA 94104, is hereby appointed as counsel for Michael Low, as guardian ad litem on behalf of I.G. Miraglia in this matter.

The scope of this referral shall be for all purposes for the duration of the case.

All proceedings in this action are hereby stayed until four weeks from the date of this order. Counsel shall be familiar with General Order No. 25 and the Federal Pro Bono Project Guidelines posted on the Court's website.

**IT IS SO ORDERED.**

Dated: June 30, 2015

MAXINE M. CHESNEY
United States District Judge