**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

*San Francisco*

| | |
|---|---|
| American General Life Insurance Company,<br><br>        Plaintiff,<br>   vs.<br>Tina Milinovich, Paula Haskell Miraglia, and I.G.M, a minor,<br>        Defendant. | Case number: 3:15-cv-0823-MMC<br><br>**ORDER RESCHEDULING** ~~CONTINUE~~ **CASE MANAGEMENT CONFERENCE** |

The Court has received and reviewed the Stipulated Request to Continue Case Management Conference which was signed by all parties in this case and filed with the Court.

THE COURT FINDS:

1. The mediation that had previously been set for August 21, 2015 was taken off calendar due to scheduling conflicts.

2. All parties and the Court-appointed mediator have agreed to engage in mediation on October 29, 2015, which allows sufficient time to complete the discovery needed to engage in a meaningful mediation.

3. The parties have jointly requested that a further Case Management Conference be set for a date approximately three (3) weeks after the mediation, on or

- 1 -
~~ORDER TO DEPOSIT SETTLEMENT PROCEEDS INTO BLOCKED ACCOUNT~~

about November 19, 2015 or shortly thereafter, with Case Management Conference Statements to be filed one week before the Case Management Conference.

NOW, THEREFORE, THE COURT ORDERS that

1. A Case Management Conference will take place in the courtroom of the Honorable Maxine Chesney on __November 20__, 2015, at _10:30 a_.m.
2. All parties shall file a Joint Case Management Conference Statement per the Standing Order re Contents of Joint Case Management Conference Statements no later than _November 13_, 2015.

IT IS SO ORDERED

Dated: _September 4, 2015_

_____
UNITED STATES DISTRICT JUDGE

- 2 -
ORDER RESCHEDULING ~~CONTINUE~~ CASE MANAGEMENT CONFERENCE