# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

*San Francisco*

| | |
|---|---|
| American General Life Insurance Company,<br><br>            Plaintiff,<br>   vs.<br>Tina Milinovich, Paula Haskell Miraglia, and I.G.M, a minor,<br>            Defendant. | Case number: 3:15-cv-0823-MMC<br><br>**[PROPOSED]** ORDER CANCELLING COURT-ORDERED MEDIATION AND CONTINUING CASE MANAGEMENT CONFERENCE |

The Court has received and reviewed the Stipulated Request To Cancel Mediation, And To Continue Case Management Conference which was signed by all remaining parties in this case and filed with the Court.

THE COURT FINDS:

1.     The parties have tentatively agreed on the terms of a global settlement of their dispute.  Consequently, the mediation set to take place on October 29, 2015 before mediator Christopher Johns, Esq. is no longer necessary.

2.     The parties have not yet been able to finalize settlement documents, but expect to be able to do so no later than November 13, 2015.  It is prudent to continue the Case Management Conference currently scheduled for November 20, 2015 to a later date, to allow sufficient time for the parties and the Court to complete the steps

- 1 -

ORDER CANCELLING COURT-ORDERED MEDIATION AND
CONTINUING CASE MANAGEMENT CONFERENCE

necessary to dismiss the case. If the documents necessary to dismiss this action are on file with the Court before the date of the continued Case Management Conference, the Court will take that conference off calendar.

NOW, THEREFORE, THE COURT ORDERS that

1. The mediation set to take place at this Court on October 29, 2015 before mediator Christopher Johns, Esq. is taken off calendar.
2. A Case Management Conference will take place in the courtroom of the Honorable Maxine Chesney on December 18, 2015, at _____.
3. The parties shall endeavor to dismiss this case no later than December 11, 2015. If the parties have not dismissed the above-titled action as of December 11, 2015, they shall file a Joint Case Management Statement on said date.

IT IS SO ORDERED

Dated: October 26, 2015

_____
UNITED STATES DISTRICT JUDGE

- 2 -
ORDER CANCELLING COURT-ORDERED MEDIATION AND
CONTINUING CASE MANAGEMENT CONFERENCE