IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN GENERAL LIFE INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>  v.<br><br>TINA MILINOVICH, et al.,<br><br>    Defendants.<br>_____/ | No. C-15-823 MMC<br><br>**ORDER VACATING IN PART ORDER FILED DECEMBER 10, 2015; APPROVING PARTIES' STIPULATION IN ITS ENTIRETY; DIRECTIONS TO PARTIES; DIRECTIONS TO CLERK** |

By order filed December 10, 2015, the Court approved in part and denied in part the parties' "Stipulation and [Proposed] Order for Distribution of Proceeds and Dismissal of Action," filed November 13, 2015, construed by the Court as a petition for approval of a minor's compromise. In particular, the Court approved as fair and reasonable the amount of the settlement funds allocated to the minor, but did not approve the manner in which those funds were to be held for the benefit of the minor. On today's date, the Court conducted a status conference with respect to the latter. G. Scott Emblidge of Moscone Emblidge & Otis LLP appeared on behalf of Paula Haskell Miraglia. Ciarán O'Sullivan of the Law Office of Ciarán O'Sullivan appeared on behalf of Michael Low, the guardian ad litem appointed by the Court for the minor, I.G.M.

Having considered the parties' Joint Case Management Statement, filed January 14, 2016, the additional information provided to the Court by counsel at the Status Conference, and counsel's joint recommendation that the settlement be approved as entered, the Court has reconsidered its Order of December 10, 2015, VACATES said order to the extent it denies in part the Stipulation, and hereby APPROVES the Stipulation in its entirety.

In light of the above, it is hereby further ordered that the parties comply with the above stipulation, that the Clerk release the funds as stipulated, that the parties promptly file receipts showing the ordered distributions, that appropriate dismissals be filed, and that the guardian ad litem is discharged upon dismissal of the action.

**IT IS SO ORDERED.**

Dated: January 15, 2016

MAXINE M. CHESNEY
United States District Judge