WALTER E. SHJEFLO, ESQ. CSB#078135
JACQUELINE E. NICORA, ESQ. CSB#301342
**FOX, SHJEFLO,
HARTLEY & BABU LLP**
2000 ALAMEDA DE LAS PULGAS, SUITE 250
SAN MATEO, CALIFORNIA  94403-1271
TEL: (650) 341-2900
FAX: (650) 341-2258

Attorneys for Tina Milinovich, Defendant, Cross-Claimant

IT IS SO ORDERED
Judge Maxine M. Chesney

Dated: February 18, 2016

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN GENERAL LIFE INSURANCE COMPANY,<br><br>                    Plaintiff,<br><br>v.<br><br>TINA MILINOVICH, PAULA HASKELL MIRAGLIA and I.G. MIRAGLIA, a minor<br><br>                    Defendants.<br>_____<br>TINA MILINOVICH,<br>                    Cross-Claimant;<br><br>v.<br><br>PAULA HASKELL MIRAGLIA; and I.G.M., a minor,<br>                    Cross-Defendants.<br>_____ | **CASE NO.: 3:15-cv-00823-MMC**<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

<u>STIPULATION</u>

All Parties having filed receipts of funds received from the Court, IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that this action shall be dismissed

---
1
STIPULATION OF DISMISSAL WITH PREJUDICE

with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each party to bear its own costs and fees.

Dated: 2/17/16    By:    /s/ Walter E. Shjeflo
Walter E. Shjeflo, Esq.
FOX, SHJEFLO, HARTLEY & BABU LLP
2000 Alameda de Las Pulgas, Suite 250
San Mateo, CA 94403
*Attorneys for Defendant, Cross-Claimant, Tina Milinovich*

Dated: 2/17/16    By:    /s/ Jodie A. Smith
Jodie A. Smith, Esq.
MOSCONE EMBLIDGE & OTIS LLP
220 Montgomery Street, Suite 2100
San Francisco, CA 94104
*Attorneys for Defendant, Cross-Defendant, Paula Haskell Miraglia*

Dated: 2/17/16    By:    /s/ Ciarán O'Sullivan
Ciarán O'Sullivan, Esq.
LAW OFFICE OF CIARÁN O'SULLIVAN
50 California Street, 34th Floor
San Francisco, CA 94111
*Attorneys for Guardian Ad Litem for Defendant, Cross-Defendant, I.G. Mirgalia, a minor*